January 23, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

CITY OF HOUSTON AND DANIEL W. KRUEGER, IN HIS OFFICIAL CAPACITY AS DIRECTOR OF PUBLIC WORKS AND ENGINEERING DEPARTMENT, Appellants

NO. 14-12-01157-CV                 v.

LITTLE NELL APARTMENTS, L.P., ET AL., Appellees

—————————————————

This cause, an accelerated appeal from the order partially denying the plea to the jurisdiction filed by appellants the City of Houston and Daniel W. Krueger, in his official capacity as Director of Public Works and Engineering Department, in favor of appellees Little Nell Apartments, L.P., et al., signed January 11, 2013, was heard on the transcript of the record. We have inspected the record, and find no error in the order of the court below and order it **AFFIRMED**.

We order appellants City of Houston and Daniel W. Krueger, in his official capacity as Director of Public Works and Engineering Department, jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.